# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**PUBLIC SERVICE COMPANY
OF NEW MEXICO, a New Mexico
Corporation,**

Plaintiff-Appellee,

v.                                                         NO. 28,959

**RANCHO VISTA DEVELOPMENT,
LLC, a New Mexico Limited Liability
Company,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY
Louis P. McDonald, District Judge**

Keleher & McLeod PA
Thomas A. Domme
Albuquerque, NM

Miller Stratvert PA
Kirk R. Allen
Albuquerque, NM

for Appellee

Rudolph B. Chavez
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

In this Court's notice of proposed summary disposition, we proposed to dismiss Rancho Vista Development's appeal as premature. Rancho Vista Development did not file a memorandum in opposition to this Court's proposed disposition, and the time to do so has passed. Instead, Rancho Vista Development sent a letter to this Court, informing the Court that Rancho Vista Development did not intent to pursue its appeal. Rancho Vista Development did not, however, file a voluntary dismissal agreement with this Court pursuant to Rule 12-401(B) NMRA. Therefore, we now dismiss the appeal for the reasons stated in the notice of proposed summary disposition.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**



_____
**ROBERT E. ROBLES, Judge**